# United States District Court
# For The Western District of North Carolina
# Charlotte Division

ALEJANDRO DIAZ-GUTIERREZ,

    Plaintiff(s),

vs.

UNITED STATES,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 3:10CV330

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/2/2010 Order.

Signed: August 2, 2010

Frank G. Johns, Clerk
United States District Court